IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

LORIN NIEWINSKI, JOHN BAKER )
MCCLANAHAN as personal representative of )
THE ESTATE OF MELISSA BUCHANAN, )
ROBERT A. BOZAICH, RONNIE JACKSON, )
and SHERIF B. BOTROS, Individually and )
On Behalf of All Others Similarly Situated, )
)   Case No. 23-04159-CV-C-BP
)
               Plaintiffs, )
)
vs. )
)
STATE FARM LIFE INSURANCE COMPANY )
and STATE FARM LIFE AND ACCIDENT )
ASSURANCE COMPANY )
)
               Defendants. )

## **FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58 and consistent with its Order Granting Final Approval of Class Action Settlement and Awarding Attorney's Fees, Costs, Expenses, and Service Awards, this Court enters final judgment on and hereby dismisses the above-captioned Action and Released Claims (as defined in the Settlement Agreement[1]) on the merits and with prejudice as to the following Settlement Class:

> All persons or entities who own or owned one or more of approximately 450,000 Form 86040/A86040 universal life insurance policies or Form 86075/A86075 universal life insurance policies in the United States that were issued or administered by State Farm or their predecessors in interest, including all applications, schedules, riders, and other forms specifically made a part of the policies at the time of their issue, plus all riders and amendments issued later, or otherwise part of "The Contract," as defined in the Policy or Policies.[2]

---

[1] All defined terms in this order have the same meaning ascribed to them in the Settlement Agreement. *See* Doc. 3-1.

[2] Excluded from the Class are State Farm; any entity in which State Farm has a controlling interest; any of the officers, or members of the board of directors of State Farm; the legal

The Settlement Class Representatives and Settlement Class Members are hereby permanently enjoined from filing, prosecuting, maintaining, or continuing litigation based on or related to the Released Claims. Each party shall bear their own costs except as provided in the Court's Order Granting Final Approval of Class Action Settlement and Awarding Attorney's Fees, Costs, Expenses, and Service Awards.

This Court retains jurisdiction over this action and the parties to administer, supervise, interpret, and enforce the Settlement Agreement, the Court's Order Granting Final Approval of Class Action Settlement and Awarding Attorney's Fees, Costs, Expenses, and Service Awards, and this Final Judgment.

The Clerk of Court is directed to terminate all pending motions and to close this case.

**IT IS SO ORDERED.**

DATE: April 10, 2024

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

---

representatives, heirs, successors, and assigns of State Farm; anyone employed with Plaintiffs' counsel's firms. Also excluded is any Judge to whom this Action or a Related Action is assigned, and his or her immediate family; the Related Actions consist of *Millwood v. State Farm Life Ins. Co.*, Case No. 7:19-CV-01445-DCC, currently pending in the United States District Court for the District of South Carolina, and *McClanahan v. State Farm Life Ins. Co.*, Case No. 1:22-cv-01031-STA-JAY, originally filed in the Western District of Tennessee, and now on appeal in the U.S. Sixth Circuit Court of Appeals, under the name *Gettys Millwood, et al. v. State Farm Life Ins. Co.*, Case No. 23-5578; and the persons who timely and properly excluded themselves from the Settlement Class, as identified on Exhibit A.

2

Case 2:23-cv-04159-BP   Document 38   Filed 04/10/24   Page 2 of 2