# EXHIBIT A



*Niewinski v. State Farm Life Insurance Company*
**Exclusion Report**

| Number | Name | Last 4 of Policy Number(s) |
|---|---|---|
| 1 | Alice Fay Batson | 6521 |
| 2 | Allen E Laturner | 7610 |
| 3 | Allen Kent Wolfenbarger | 7500 |
| 4 | Anthony P Swiatek | 4722 |
| 5 | B K L Trust Bruce A Schroeder Trustee | 7105 |
| 6 | Bernard A Gaydosik | 4280 |
| 7 | Bobby R Baker JR | 6752 |
| 8 | Charles R Tresky | 8173, 8913 |
| 9 | Charles T Buckerfield | 7877 |
| 10 | Charlie F Attaway | 3371 |
| 11 | Connie L Marrs | 8259 |
| 12 | Danny R Marrs | 3211, 8215 |
| 13 | David J Petry | 6001 |
| 14 | Denise L Madle | 7982 |
| 15 | Diane M Vance | 5141 |
| 16 | Donald L Hill | 4355 |
| 17 | Douglas W Johnson | 1352 |
| 18 | Edward Anderson Gresham | 6790 |
| 19 | Elizabeth Ann Howell | 7014 |
| 20 | Estate of Cheryl D Schrader | 8852 |
| 21 | Francis E Chandler | 0082 |
| 22 | Gary Clayton Voyles | 9601 |
| 23 | Gordon Wayne Evans Jr | 5879 |
| 24 | Hellen L Attaway | 5007, 2521 |
| 25 | Howard L Olson | 4514 |
| 26 | Jennifer B Baker | 2404 |
| 27 | John J Bidoli Jr | 6491 |
| 28 | John J Hreha JR | 6563, 4122, 4113 |
| 29 | Joseph M Polanski | 6789 |
| 30 | Joyce Van Der Kamp | 2008 |
| 31 | Julie Meulemans | 1964 |
| 32 | Kathleen D Voyles | 9325, 1661 |
| 33 | Kathleen D Young | 5601 |
| 34 | Larry N Jourdan | 1078 |
| 35 | Leisa E Anderson | 6322 |
| 36 | Linda D Andrews | 7537 |
| 37 | Lisa C Davies | 1859 |
| 38 | Louis S Shoemaker | 0444 |
| 39 | Mark Q Williams | 6837 |
| 40 | Marquita Clopton | 2382 |

| # | Name | Number |
|---|---|---|
| 41 | Michael D Wolfe | 4251 |
| 42 | Nancy J Behrens | 7577 |
| 43 | Nichelle M Hardy | 1348 |
| 44 | Paige Weaver | 2090 |
| 45 | Patricia M Zuehlke | 9434 |
| 46 | Phillip R Couto | 5885 |
| 47 | Phillip W Holland | 7182 |
| 48 | Randolph A Rackley | 6930 |
| 49 | Richard S Andrews | 1073 |
| 50 | Robert F Zuehlke | 9425 |
| 51 | Robert Scott Allison | 2943 |
| 52 | Robert T Thomas | 4153 |
| 53 | Samuel A McGuffe, Sr | 8074 |
| 54 | Sharon Anne Chance | 5114 |
| 55 | Steven M Demchuk | 2539 |
| 56 | Stephen W Holland | 7188 |
| 57 | Tere Kangas | 5849 |
| 58 | Thomas Lee Henderson | 5968 |
| 59 | Thomas R Saltsman | 6007 |
| 60 | Tina L Bossetti | 4236 |
| 61 | Wayne P Hebert | 1328 |
| 62 | William H Keeling | 2224 |